IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FELICIA BRISCO                                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 5:07-cv-99(DCB)(JMR)

LETOURNEAU TECHNOLOGIES, INC.                                     DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on the defendant LeTourneau Technologies, Inc.'s motion for summary judgment, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is rendered in favor of the defendant, and this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of October, 2008.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE